O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO CAZARES MEDINA,** | **NO. EDCV 13-1652-MAN** |
| **Plaintiff,** | |
| **v.** | **JUDGMENT** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social**<br>**Security,** | |
| **Defendant.** | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: January 16, 2015

_Margaret A. Nagle_

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE